UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>Manuel MELGAR-Diaz,<br><br>Defendant. | Magistrate Docket No. 19MJ23798<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1325(a)(1) Improper Attempted Entry by an Alien (Misdemeanor)<br><br>FILED<br>SEP 11 2019<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY          DEPUTY |

The undersigned complainant being, duly sworn, states:

On or about September 7, 2019, within the Southern District of California, defendant, Manuel MELGAR-Diaz, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Edward R. Bugarin
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 11th DAY OF September, 2019.

ROBERT N. BLOCK
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Manuel MELGAR-Diaz**

## PROBABLE CAUSE STATEMENT

On September 10, 2019, Border Patrol Agent T. Karjala was conducting assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 9:00 PM, Agent Karjala was notified about three individuals near an area known to Border Patrol agents as the "Gravel Pit." Agent Karjala responded to the area and encountered three individuals running away from him. After a brief foot pursuit, Agent Karjala was able to detain all three individuals. This area is approximately five miles east of the Otay Mesa, California Port of Entry and approximately five miles north of the United States/Mexico International Boundary. Agent Karjala identified himself as Border Patrol Agent and conducted an immigration inspection. All three individuals, including one later identified as the defendant, Manuel MELGAR-Diaz, stated that they are citizens of a countries other than the United States. MELGAR stated that he was a citizen of Mexico without immigration documents that would allow him to enter or remain in the United States legally. At approximately 9:20 PM, Agent Karjala placed all three individuals, including MELGAR, under arrest.

During administrative processing, the defendant stated that he entered the United States on September 7, 2019.